AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Will D. Allen and Susan C. Daub<br><br>*Defendant* | )<br>)  Case No. 15mj 7095 JCB<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Will D. Allen                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Securities fraud, in violation of 15 USC §§ 78j(b) and 78(ff)


Date:     06/10/2015

                                                                 *Issuing officer's signature*

                                                  Steve York Deputy Clerk
City and state:     Boston, Massachusetts       ~~Hon. Jennifer C. Boal, U.S. Magistrate Judge~~
                                                                 *Printed name and title*

### Return

| | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____ | <br><br><br>_____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Will D. Allen and Susan C. Daub | ) Case No. 15 m j 7095 JCB |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Susan C. Daub ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Securities fraud, in violation of 15 USC §§ 78j(b) and 78(ff)

Date: 06/10/2015

*Issuing officer's signature*
Steve York Deputy Clerk
~~Hon. Jennifer C. Boal, U.S. Magistrate Judge~~

City and state: Boston, Massachusetts

*Printed name and title*

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
|---|
| at *(city and state)* _____ . |

Date: _____

*Arresting officer's signature*

*Printed name and title*